Willard Jay MILLER, Appellant,

v.

Mark S. FISHER, Prosecuting
Attorney, Respondent.

No. 69978.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 27, 1996.

Mary P. Carroll, St. Louis, for Plaintiff/Appellant.

Tyrone A. Taborn, City Counselor, Edward J. Hanlon, Deputy City Counselor, Patricia Hegeman, Asst. City Counselor, St. Louis, for Defendant/Respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Plaintiff, pro se, appeals the dismissal of his action under §§ 56.060 and 106.220, RSMo 1994, against defendant, the prosecuting attorney of Pike County, for failure to execute and enforce the criminal laws of the State of Missouri. No error of law appears. An extended opinion would have no precedential value. We affirm the trial court's judgment pursuant to Rule 84.16(b).